**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-6605**

—————————

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

    versus

CHARLES BATSON, a/k/a Charles Taylor,

                                   Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. James C. Fox, District Judge. (CR-95-60-4, CA-97-214-4F)

—————————

Submitted: October 12, 2000        Decided: October 20, 2000

—————————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Charles Batson, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Batson appeals the district court's order denying his motion to reconsider, under Fed. R. Civ. P. 60(b)(6), the court's earlier denial of his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability on dismiss on the reasoning of the district court. See United States v. Batson, Nos. CR-95-60-4; CA-97-214-4F (E.D.N.C. Mar. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2